**Herman Dale CATLETT, Petitioner–Appellant,**

v.

**Howard PAINTER, Respondent–Appellee,**

and

**Attorney General of the State of West Virginia; Warden, Mount Olive; Mount Olive Records Department, Parties in Interest.**

No. 01–6521.

United States Court of Appeals, Fourth Circuit.

Submitted July 12, 2001.

Decided July 20, 2001.

Herman Dale Catlett, pro se. Dawn Ellen Warfield, Office of the Attorney General of West Virginia, Charleston, WV, for appellee.

Before WILLIAMS, MICHAEL and MOTZ, Circuit Judges.

PER CURIAM.

Herman Dale Catlett appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Catlett v. Painter,* No. CA–99–111–3 (N.D.W.Va. Mar. 20, 2001); *see Duncan v. Walker,* 533 U.S. 167, 121 S.Ct. 2120, 150 L.Ed.2d 251 (2001). We deny Catlett's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*